**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NISSAN NORTH AMERICA, INC., | |
| Plaintiff, | Case No. 26-cv-08228 |
| v. | |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | |
| Defendants. | |

**NOTICE OF CLAIMS INVOLVING TRADEMARKS**

Pursuant to Local Rule 3.4, Plaintiff Nissan North America, Inc. hereby provides notice of claims involving trademarks. The information required by the rule and 15 U.S.C. §1116(c) is as follows:

1.      Names and Addresses of Litigants:

Nissan North America, Inc.
1 Nissan Way
Franklin, Tennessee 37067

The Partnerships and Unincorporated Associations Identified on Schedule "A"
Addresses Unknown

2.      U.S. Registration Numbers Upon Which Suit Has Been Brought:

| Registration No. | Trademark |
|---|---|
| 2,043,780 | NISSAN |
| 4,283,161 | |
| 686,587 | |
| 2,964,579 | |
| 2,047,839 | |
| 2,055,094 | |

| | |
|---|---|
| 2,083,517<br>3,791,528<br>2,050,895 | |
| 2,057,276<br>3,882,158<br>3,991,033<br>4,498,134 | NISSAN |
| 2,063,104<br>2,043,779 | |
| 2,047,840<br>1,421,618 | |
| 689,796 | |
| 1,914,770 | |
| 2,203,744 | |
| 2,697,209 | |
| 2,073,651<br>2,128,205<br>4,450,298<br>4,450,299<br>2,047,843 | |
| 6,375,184 | NISSAN |
| 3,667,812<br>2,160,715<br>1,478,618<br>5,061,324 | INFINITI |
| 5,043,563<br>5,230,120 | INFINITI |

| Registration No. | Mark |
|---|---|
| 5,047,596<br>4,445,871<br>5,677,420<br>4,673,647 | |
| 1,621,098 | |
| 1,632,276 | |
| 3,634,033 | |
| 1,546,304<br>7,756,490 | |
| 7,236,841 | |
| 4,363,069<br>5,047,595<br>4,508,218<br>5,043,564<br>4,948,860<br>4,297,134<br>4,363,072<br>6,259,109<br>4,270,664 | |
| 5,448,902 | INFINITI RADIANT |
| 1,768,025 | ALTIMA |
| 2,887,113 | ARMADA |
| 689,797 | |
| 686,586 | DATSUN |
| 689,798 | |
| 3,412,089 | DIVIDE-N-HIDE |
| 3,543,938 | DUAL FLOW PATH |
| 7,347,114 | e-4ORCE |
| 2,938,560 | ENDURANCE |

| | |
|---|---|
| 2,930,254 2,162,397 | FRONTIER |
| 3,591,234 | |
| 3,715,755 3,868,735 | |
| 3,901,269 | JUKE |
| 5,546,161 | KICKS |
| 2,819,466 | KING CAB |
| 4,119,976 | LEAF |
| 5,511,513 | MAINTENANCE ADVANTAGE |
| 2,939,258 1,432,854 | MAXIMA |
| 5,348,997 | MIDNIGHT EDITION |
| 2,845,463 | MURANO |
| 3,046,496 | NEVADA |
| 3,811,462 3,086,057 2,993,066 2,918,308 2,996,105 1,536,313 3,313,368 | NISMO |
| 5,489,179 | |
| 2,247,920 | NISSAN FRONTIER |
| 3,318,892 | NISSAN GTR |
| 3,505,975 4,115,498 | NISSAN GT-R |
| 3,366,736 | NISSAN VERSA |
| 7,305,907 | NISSAN Z |
| 4,012,778 | NV1500 |
| 5,829,288 | OMNIPARTS AUTOMOTIVE |
| 5,840,012 | |
| 3,612,436 | |
| 1,442,001 | PATHFINDER |
| 7,409,390 | PROTO SPEC |
| 6,590,854 | PRO-X |

4

| | |
|---|---|
| 3,445,037 | PRO-4X |
| 4,077,529 | |
| 4,660,078 | Q50 |
| 4,700,278 | Q50S |
| 5,015,377 | Q60 |
| 5,015,378 | Q70 |
| 5,100,548 | QX30 |
| 4,660,079 | QX50 |
| 6,420,578 | QX55 |
| 5,311,506 | QX60 |
| 5,098,056 | QX70 |
| 4,815,531 | QX80 |
| 3,572,621 | |
| 4,373,049 | RESERVE |
| 5,758,472 | ROCK CREEK |
| 3,728,806<br>3,522,579 | ROGUE |
| 1,509,170 | SENTRA |
| 3,607,523 | SKYVIEW |
| 5,008,780 | |
| 3,007,624 | TITAN |
| 3,695,980 | |
| 4,905,500 | TITAN XD |
| 2,988,556 | UTILI-TRACK |
| 4,425,795<br>5,271,416<br>4,035,765<br>4,881,968 | VALUE ADVANTAGE |
| 3,308,748 | VERSA |
| 2,581,529 | XTERRA |
| 1,595,222 | Z |
| 6,043,648 | |
| 2,965,712 | |

| 7,334,292 | Z |
|---|---|
| 5,525,049 | ZEro Emission |
| 1,547,275 | 300ZX |
| 6,833,760 | SKYLINE |
| 3,846,602 | |

Dated this 13th day of July 2026.                    Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 W. Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
habes@gbc.law

*Attorneys for Plaintiff Nissan North America, Inc.*